UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21437-ALTMAN/Sanchez

**MANUEL TOMAS**,

    *Plaintiff*,

v.

**CENTRAL PORTFOLIO CONTROL, INC.**, *et al.*,

    *Defendants*.

_____/

## ORDER

The Plaintiff has filed a Notice of Settlement [ECF No. 7] as to Defendant Central Portfolio Control, Inc. ("Central Portfolio"). Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Plaintiff and Defendant Central Portfolio shall file a joint stipulation of dismissal by **August 9, 2024**.

2. As to Defendant Central Portfolio *only*, all pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on June 25, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record