UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Manuel Tomas,<br><br>　　　Plaintiff,<br><br>v.<br><br>Central Portfolio Control, Inc.;<br>Experian Information Solutions, Inc.; and<br>TransUnion, LLC,<br><br>　　　Defendants. | Case No. 1:24-cv-21437-RKA |

## NOTICE OF SETTLEMENT AS TO DEFENDANTS TRANSUNION, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendants TransUnion, LLC and Experian Information Solutions, Inc. ("Defendants"). Plaintiff and Defendants are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Defendants will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

　　Dated: July 11, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Trescot Gear
　　　　　　　　　　　　　　　　　　　　Gear Law, LLC
　　　　　　　　　　　　　　　　　　　　1405 W. Swann Ave.
　　　　　　　　　　　　　　　　　　　　Tampa, FL 33606

　　　　　　　　　　　　　　　　　　　　Mailing Address:

1

McCarthy Law, PLC  
4250 North Drinkwater Blvd, Suite 320  
Scottsdale, AZ  85251  
Telephone: (602) 456-8900  
Fax: (602) 218-4447  
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Trescot Gear*