UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21437-ALTMAN/Sanchez

MANUEL TOMAS,

     *Plaintiff*,

v.

CENTRAL PORTFOLIO
CONTROL, INC., *et al.*,

     *Defendants*.

_____/

## ORDER

Pursuant to FED. R. CIV. P 41(a)(1)(A)(i), the Plaintiff has filed a Notice of Voluntary Dismiss [ECF No. 12] as to Defendants Experian Information Solutions, Inc., and TransUnion, LLC. Accordingly, we hereby **ORDER and ADJUDGE** that the Plaintiff's claims again these Defendants are **DISMISSED with prejudice**. This case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as moot**.

     **DONE AND ORDERED** in the Southern District of Florida on July 31, 2024.

                                 _____

                                 **ROY K. ALTMAN**
                                 **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record